No. 10, Original.   ARIZONA *v.* CALIFORNIA ET AL.   The motion for leave to file the complaint is granted and process is ordered to issue returnable within 60 days. The motion of the United States for leave to intervene is granted.   *Fred O. Wilson,* Attorney General of Arizona, *Alexander B. Baker,* Chief Assistant Attorney General, *John H. Moeur, Burr Sutter* and *Perry M. Ling* for complainant.   *Edmund G. Brown,* Attorney General of California, *Arvin B. Shaw, Jr.,* Assistant Attorney

General, *Gilbert F. Nelson,* Deputy Attorney General, *Northcutt Ely, Harry W. Horton, Earl Redwine, James H. Howard, Charles C. Cooper, Jr., Donald M. Keith, Ray L. Chesebro* and *T. B. Cosgrove* for defendants. *Attorney General McGranery* and *Solicitor General Cummings* for the United States.